# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In Re: 650 Fifth Avenue and Re          Docket No.: 14-2027

Lead Counsel of Record (name/firm) or Pro se Party (name): Timothy B. Fleming; Wiggins, Childs, Quinn & Pantazis, PLLC

Appearance for (party/designation): Fiona Havlish, et al., Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete, and should be amended as follows:

Name: Timothy B. Fleming
Firm: Wiggins, Childs, Quinn & Pantazis, PLLC
Address: 1850 M Street, N.W., Washington, DC 20036
Telephone: (202) 467-4489          Fax: (205) 314-0805
Email: tfleming@wcqp.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: In Re: 650 Fifth Avenue and Related Properties, Docket No.: 13-3948

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Timothy B. Fleming
Type or Print Name: Timothy B. Fleming
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.