# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-2027-cv; 14-1963-cv and consolidated actions

**Caption [use short title]**

**Motion for:** Consented-to Filing of Appellees' Briefs Under Seal by January 29, 2015 and Appellants Reply Papers by March 12, 2015

In re: 650 Fifth Avenue Company and Related Properties

Set forth below precise, complete statement of relief sought:

An order granting Appellees leave to file their papers (i) under seal, and to publicly file redacted papers, and (ii) on or before January 29, 2015; and granting Appellants six (6) weeks to reply to Appellees' papers.

**MOVING PARTY:** SEE ATTACHED
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** None

**MOVING ATTORNEY:** James L. Bernard, Esq.

**OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane, New York, New York 10038
tel: 212.806.5684   email: jbernard@stroock.com

**Court-Judge/Agency appealed from:** USDC-SDNY Katherine B. Forrest

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ James L. Bernard   **Date:** 11/13/2014   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

# MOVING PARTIES

**Short Title:** In re 650 Fifth Avenue Company and Related Properties

**Court of Appeals Docket Nos.:** 14-1963(L), 14-1967(con), 14-1971(con), 14-1974(con), 14-1978(con), 14-1982(con), 14-1986(con), 14-1988(con), 14-1996(con), 14-2098(con)

**District Court Docket Nos.:** 08-cv-10934, 09-cv-165, 09-cv-166, 09-cv-553, 09-cv-564, 09-cv-4614, 09-cv-4784, 10-cv-1627, 10-cv-2464, 11-cv-3761, 12-mc-19, 12-mc-20, 12-mc-21, 12-mc-22, 13-cv-1825, 13-cv-1848, 13-mc-71, and 18-ms-302

| **The Kirschenbaum Judgment Creditors** |
|---|
| Jason Kirschenbaum, Isabelle Kirschenbaum, on her own behalf and as Executrix of the Estate of Martin Kirschenbaum, Joshua Kirschenbaum, David Kirschenbaum, and Danielle Lynn Teitlebaum |

| **The Beer Judgment Creditors** |
|---|
| Anna Beer, Harry Beer, on his own behalf and as Administrator of the Estate of Alan Beer, Estelle Carroll, and Phyllis Maisel |

| **The Greenbaum Judgment Creditors** |
|---|
| Steven M. Greenbaum, in his personal capacity and as administrator of the Estate of Judith Greenbaum (deceased), Alan Hayman, and Shirlee Hayman |

| **The Acosta Judgment Creditors** |
|---|
| Carlos Acosta, Maria Acosta, Irving Franklin, in his personal capacity and as personal representative of the Estate of Irma Franklin, Libby Kahane, in her personal capacity and as Administratrix of the Estate of Meir Kahane, Norman Kahane, in his personal capacity and as Executor of the Estate of Sonia Kahane, Tova Ettinger, Baruch Kahane, Cipporah Kaplan, and Ethel J Griffin, as Public Administrator of the County of New York and Administratrix of the Estate of Binyamin Kahane |

| **The Hegna Judgment Creditors** |
|---|
| Edwena R. Hegna, Executrix of the Estate of Charles Hegna, Steven A. Hegna, Lynn Marie Hegna Moore, Craig M. Hegna, and Paul B. Hegna |

| **The Peterson Judgment Creditors** |
|---|
| Terry Abbott, John Robert Allman, Ronny Kent Bates, James Baynard, Jess W. Beamon, Alvin Burton Belmer, Richard D. Blankenship, John W. Blocker, Joseph John Boccia Jr., Leon |

Bohannon, John Bonk Jr. , Jeffrey Joseph  Boulos, John Norman  Boyett, William  Burley, Paul  Callahan, Mecot  Camara, Bradley  Campus, Johnnie  Ceasar, Robert Allen  Conley, Charles Dennis  Cook, Johnny Len  Copeland, David  Cosner, Kevin  Coulman, Rick  Crudale, Russell  Cyzick, Michael  Devlin, Nathaniel  Dorsey, Timothy  Dunnigan, Bryan  Earle, Danny R.  Estes, Richard Andrew  Fluegel, Michael D.  Fulcher, Sean  Gallagher, George Gangur, Randall  Garcia, Harold  Ghumm, Timothy  Giblin, Michael  Gorchinski, Richard  Gordon, Davin M.  Green, Thomas  Hairston, Michael  Haskell, Mark Anthony  Helms, Stanley G.  Hester, Donald Wayne  Hildreth, Richard  Holberton, Dr. John  Hudson, Maurice Edward  Hukill, Edward Iacovino Jr., Paul  Innocenzi III, James  Jackowski, Jeffrey Wilbur  James, Nathaniel Walter Jenkins, Edward Anthony  Johnston, Steven  Jones, Thomas Adrian  Julian, Thomas  Keown, Daniel  Kluck, James C.  Knipple, Freas H.  Kreischer III, Keith  Laise, James  Langon IV, Michael Scott  LaRiviere, Steven  LaRiviere, Richard  Lemnah, Joseph R. ("Joel")  Livingston III, Paul D.  Lyon Jr., John Macroglou, Samuel Maitland Jr., Charlie Robert Martin, David Massa, John McCall, James E.  McDonough, Timothy R.  McMahon, Richard  Menkins II, Ronald  Meurer, Joseph Peter  Milano, Joseph  Moore, Harry Douglas  Myers, David  Nairn, John Arne  Olson, Joseph Albert  Owens, Connie Ray  Page, Ulysses Gregory  Parker, John L.  Pearson, Thomas S.  Perron, John Arthur  Phillips Jr., William Roy  Pollard, Victor Mark Prevatt, James  Price, Patrick Kerry  Prindeville, Diomedes J.  Quirante, Warren Richardson, Louis J.  Rotondo, Michael Caleb  Sauls, Charles Jeffrey  Schnorf, Scott Lee  Schultz, Peter Scialabba, Gary Randall  Scott, Thomas Alan  Shipp, Jerryl  Shropshire, Larry H.  Simpson Jr., Kirk Hall  Smith, Thomas Gerard  Smith, Vincent  Smith, William Scott  Sommerhof, Stephen Eugene  Spencer, William  Stelpflug, Horace Renardo ("Ricky")  Stephens Jr., Craig  Stockton, Jeffrey  Stokes, Eric D.  Sturghill, Devon  Sundar, Thomas Paul  Thorstad, Stephen Tingley, Donald H.  Vallone Jr., Eric Glenn Washington, Dwayne Wigglesworth, Rodney J.  Williams, Scipio  Williams Jr., Johnny Adam  Williamson, William Ellis  Winter, Donald Elberan Woollett, Craig  Wyche, Jeffrey D.  Young, Marvin  Albright, Pablo  Arroyo, Anthony  Banks, Rodney Darrell  Burnette, Frank Comes Jr. , Glenn  Dolphin, Frederick Daniel  Eaves, Charles Frye, Truman Dale  Garner, Larry  Gerlach, John  Hlywiak, Orval  Hunt, Joseph P.  Jacobs, Brian  Kirkpatrick, Burnham  Matthews, Timothy  Mitchell, Lovelle "Darrell"  Moore, Jeffrey Nashton, John Oliver, Paul  Rivers, Stephen  Russell, Dana  Spaulding, Craig Joseph  Swinson, Michael  Toma, Danny  Wheeler, Thomas D.  Young, Lilla Woollett  Abbey, James  Abbott, Mary  Abbott (Estate of), Elizabeth  Adams, Eileen Prindeville  Ahlquist, Miralda (Judith Maitland)  Alarcon, Anne  Allman, Robert  Allman, Theodore Allman (Estate of) , DiAnne Margaret ("Maggie")  Allman, Margaret E.  Alvarez, Kimberly F.  Angus, Donnie  Bates, Johnny  Bates, Laura  Bates, Margie  Bates, Monty  Bates, Thomas Bates Jr. , Thomas C.  Bates, Mary E.  Baumgartner, Anthony  Baynard, Barry  Baynard, Emerson  Baynard, Philip  Baynard, Thomasine  Baynard, Timothy  Baynard, Wayne  Baynard, Stephen  Baynard, Anna  Beard, Mary Ann  Beck, Alue  Belmer, Annette  Belmer, Clarence  Belmer, Colby Keith  Belmer, Denise  Belmer, Donna  Belmer, Faye  Belmer, Kenneth  Belmer, Luddie  Belmer, Shawn Biellow, Mary Frances  Black, Donald Blankenship Jr. , Donald Sr.  Blankenship, Mary Blankenship (Estate of) , Alice  Blocker, Douglas  Blocker, John R.  Blocker, Robert  Blocker, James  Boccia, Joseph Boccia Sr. , Patricia  Boccia, Raymond  Boccia, Richard  Boccia, Ronnie (Veronica)  Boccia, Leticia  Boddie, Angela  Bohannon, Anthony  Bohannon, Carrie  Bohannon, David  Bohannon, Edna Bohannon, Leon Sr.  Bohannon, Ricki  Bohannon, Billie Jean  Bolinger, Joseph  Boulos, Lydia  Boulos, Marie  Boulos, Rebecca  Bowler, Lavon  Boyett, Norman E.  Boyett Jr. (Estate of), Theresa U. Roth Boyett, William A.  Boyett, Susan Schnorf

Breeden, Damion Briscoe, Christine Brown, Rosanne Brunette, Mary Lynn Buckner, Claude Burley (Estate of) , William Douglas Burley (Estate of) , Myra Burley, Kathleen Calabro, Rachel Caldera, Avenell Callahan, Michael Callahan, Patricia (Patsy Ann) Calloway, Elisa Rock Camara, Theresa Riggs Camara, Candace Campbell, Clare Campus, Elaine Capobianco, Florene Martin Carter, Phyllis A. Cash, Theresa Catano, Bruce Ceasar, Franklin Ceasar, Fredrick Ceasar, Robbie Nell Ceasar, Sybil Ceasar, Christine Devlin Cecca, Tammy Chapman, James Cherry, Sonia Cherry, Adele H. Chios, Jana M. Christian, Sharon Rose Christian, Susan Ciupaska, LeShune Stokes Clark, Rosemary Clark, Mary Ann Cobble, Karen Shipp Collard, Jennifer Collier, Melia Winter Collier, Deborah M. Coltrane, James N. Conley Jr., Roberta Li Conley, Charles F. Cook, Elizabeth A. Cook, Mary A. Cook (Estate of), Alan Tracy Copeland, Betty Copeland, Donald Copeland, Blanche Corry, Harold Cosner, Jeffrey Cosner, Leanna Cosner, Marva Lynn Cosner (Estate of) , Cheryl Cossaboom, Bryan Thomas Coulman, Christopher J. Coulman, Dennis P. Coulman, Lorraine M. Coulman, Robert D. Coulman, Robert Louis Coulman, Charlita Martin Covington, Amanda Crouch, Marie Crudale, Eugene Cyzick, Lynn Dallachie, Anne Deal, Lynn Smith Derbyshire, Theresa Desjardins, Christine Devlin, Daniel Devlin, Gabrielle (Colleen) Devlin, Richard Devlin, Sean Devlin, Rosalie Donahue (Milano), Ashley Doray, Rebecca Doss, Chester Dunnigan, Elizabeth Ann Dunnigan, Michael Dunnigan, William Dunnigan, Claudine Dunnigan, Janice Thorstad Edquist, Mary Ruth Ervin, Barbara Estes, Charles Estes, Frank Estes, Lori Fansler, Angela Dawn Farthing, Arlington Ferguson, Hilton Ferguson, Linda Sandback Fish, Nancy Brocksbank Fox, Tia Fox, Tammy Freshour, Ruby Fulcher, Barbara Gallagher, Brian Gallagher, James Gallagher (Estate of) , James Gallagher Jr. , Kevin Gallagher, Michael Gallagher, Dimitri Gangur, Mary Gangur, Jess Garcia, Ronald Garcia, Roxanne Garcia, Russell Garcia, Violet Garcia, Suzanne Perron Garza, Jeanne Gattegno, Arlene Ghumm, Ashley Ghumm, Bill Ghumm, Edward Ghumm, Hildegard Ghumm, Jedaiah Ghumm (Estate of) , Jesse Ghumm, Leroy Ghumm, Moronica Ghumm, Donald Giblin, Jeanne Giblin, Michael Giblin, Tiffany Giblin, Valerie Giblin, William Giblin, Thad Gilford-Smith, Rebecca Gintonio, Dawn Goff, Christina Gorchinski, Judy Gorchinski, Kevin Gorchinski, Valerie Gorchinski, Alice Gordon, Joseph Gordon, Linda Gordon, Norris Gordon (Estate of), Paul Gordon, Andrea Grant, Deborah Graves, Deborah Green, Liberty Quirante Gregg, Alex Griffin, Catherine E. Grimsley, Megan Gummer, Lyda Woollett Guz, Darlene Hairston, Tara Hanrahan, Mary Clyde Hart, Brenda Haskill, Jeffrey Haskell, Kathleen S. Hedge, Christopher Todd Helms, Marvin R. Helms, Doris Hester, Clifton Hildreth, Julia Hildreth, Mary Ann Hildreth, Michael Wayne Hildreth, Sharon A. Hilton, Donald Holberton, Patricia Lee Holberton, Thomas Holberton, Tangie Hollifield, Debra Horner, Elizabeth House, Joyce A. Houston, Tammy Camara Howell, Lisa H. Hudson, Lorenzo Hudson, Lucy Hudson, Ruth Hudson, Samuel Hudson (Estate of) , William J. Hudson, Susan Thorstad Hugis (Estate of) , Nancy Tingley Hurlburt, Cynthia Perron Hurston, Edward Iacovino Sr. (Estate of), Elizabeth Iacovino, Deborah Innocenzi, Kristin Innocenzi, Mark Innocenzi, Paul Innocenzi IV , Bernadette Jaccom, John Jackowski Jr., John Jackowski Sr. , Victoria Jacobus, Elaine James, Nathalie C. Jenkins, Stephen Jenkins, Rebecca Jewett, Linda Martin Johnson, Ray Johnson, Rennitta Stokes Johnson, Sherry Johnson, Charles Johnston, Edwin Johnston, Mary Ann Johnston, Zandra LaRiviere Johnston, Alicia Jones, Corene Martin Jones, Kia Briscoe Jones, Mark Jones, Ollie Jones, Sandra D. Jones, Synovure Jones (Estate of) , Robin Copeland Jordan, Susan Scott Jordan, Joyce Julian, Karl Julian, Nada Jurist, Adam Keown, Bobby Keown Jr. , Bobby Keown Sr. , Darren Keown,

William Keown, Mary Joe Kirker, Kelly Kluck, Michael Kluck, John D. Knipple (Estate of), John R. Knipple, Pauline Knipple (Estate of) , Shirley L. Knox, Doreen Kreischer, Freas H. Kreischer Jr. , Cynthia D. Lake, Wendy L. Lange, James Langon III , Eugene LaRiviere, Janet LaRiviere, John M. LaRiviere, Lesley LaRiviere, Michael LaRiviere, Nancy LaRiviere, Richard LaRiviere, Richard G. LaRiviere (Estate of) , Robert LaRiviere, William LaRiviere, Cathy L. Lawton, Heidi Crudale LeGault, Clarence Lemnah (Estate of) , Etta Lemnah, Fay Lemnah, Harold Lemnah, Marlys Lemnah, Robert Lemnah, Ronald Lemnah, Annette R. Livingston, Joseph R. Livingston IV , Joseph R. Livingston Jr. (Estate of), Robin M. Lynch, Earl Lyon, Francisco Lyon, June Lyon, Maria Lyon, Paul D. Lyon Sr. , Valerie Lyon, Heather Macroglou, Kathleen Devlin Mahoney, Kenty Maitland, Leysnal Maitland, Samuel Maitland Sr. , Shirla Maitland, Virginia Boccia Marshall, John Martin, Pacita Martin, Renerio Martin, Ruby Martin, Shirley Martin, Mary Mason, Cristina Massa, Edmund Massa, Joao ("John") Massa, Jose ("Joe") Massa, Manuel Massa Jr. , Ramiro Massa, Mary McCall, Thomas McCall (Estate of) , Valerie McCall, Gail McDermott, Julia A. McFarlin, George McMahon, Michael McMahon, Patty McPhee, Darren Menkins, Gregory Menkins, Margaret Menkins, Richard H. Menkins, Jay T. Meurer, John Meurer, John Thomas Meurer, Mary Lou Meurer, Michael Meurer, Penny Meyer, Angela Milano, Peter Milano Jr. , Earline Miller, Henry Miller, Patricia Miller, Helen Montgomery, Betty Moore, Harry Moore, Kimberly Moore, Mary Moore, Melissa Lea Moore, Michael Moore (Estate of) , Elizabeth Phillips Moy, Debra Myers, Geneva Myers, Harry A. Myers, Billie Ann Nairn, Campbell J. Nairn III , Campbell J. Nairn Jr. (Estate of) , William P. Nairn, Richard Norfleet, Deborah O'Connor, Pearl Olaniji, Bertha Olson (Estate of) , Karen L. Olson, Randal D. Olson, Roger S. Olson, Ronald J. Olson, Sigurd Olson (Estate of) , David Owens, Deanna Owens, Frances Owens, James Owens (Estate of) , Steven Owens, Connie Mack Page, Judith K. Page, Lisa Menkins Palmer, Geraldine Paolozzi, Maureen Pare, Henry James Parker, Sharon Parker, Helen M. Pearson, John L. Pearson Jr. , Sonia Pearson, Brett Perron, Deborah Jean Perron, Michelle Perron, Ronald R. Perron, Muriel Persky, Deborah D. Peterson, Sharon Conley Petry, Sandra Petrick, Donna Vallone Phelps, Harold Phillips, John Arthur Phillips Sr. , Donna Tingley Plickys, Margaret Aileen Pollard, Stacey Yvonne Pollard, Lee Hollan Prevatt, Victor Thornton Prevatt, John Price, Joseph Price, Barbara D. Prindeville (Estate of) , Kathleen Tara Prindeville, Michael Prindeville, Paul Prindeville, Sean Prindeville, Belinda J. Quirante, Edgar Quirante, Godofredo Quirante (Estate of) , Milton Quirante, Sabrina Quirante, Susan Ray, Laura M. Reininger, Alan Richardson, Beatrice Richardson, Clarence Richardson, Eric Richardson, Lynette Richardson, Vanessa Richardson, Philiece Richardson-Mills, Melrose Ricks, Belinda Quirante Riva, Barbara Rockwell, Linda Rooney, Tara Smith Rose, Tammi Ruark, Juliana Rudkowski, Marie McMahon Russell, Alicia Lynn Sanchez, Andrew Sauls, Henry Caleb Sauls, Riley A. Sauls, Margaret Medler Schnorf, Richard Schnorf, Richard Schnorf, Robert Schnorf, Beverly Schultz, Dennis James Schultz, Dennis Ray Schultz, Frank Scialabba, Jacqueline Scialabba, Samuel Scott Scialabba, Jon Christopher Scott, Kevin James Scott, Larry L. Scott (Estate of) , Mary Ann Scott, Sheria Scott, Stephen Allen Scott, Jacklyn Seguerra, Bryan Richard Shipp, James David Shipp, Janice Shipp, Maurice Shipp, Pauline Shipp, Raymond Dennis Shipp, Russell Shipp, Susan J. Sinsioco, Ana Smith-Ward, Angela Josephine Smith (Estate of) , Bobbie Ann Smith, Cynthia Smith, Donna Marie Smith, Erma Smith, Holly Smith, Ian Smith, Janet Smith, Joseph K. Smith III , Joseph K. Smith Jr. , Keith Smith, Kelly B. Smith, Shirley L. Smith, Tadgh Smith, Terrence Smith, Timothy B. Smith, Jocelyn J. Sommerhof, John Sommerhof, William J. Sommerhof, Douglas Spencer, Christy

Williford Stelpflug, Joseph Stelpflug, Kathy Nathan Stelpflug, Laura Barfield Stelpflug, Peggy Stelpflug, William Stelpflug, Horace Stephens Sr., Joyce Stephens, Keith Stephens, Dona Stockton, Donald Stockton (Estate of), Richard Stockton, Irene Stokes, Nelson Stokes Jr., Nelson Stokes Sr. (Estate of), Robert Stokes, Gwenn Stokes-Graham, Marcus D. Sturghill, Marcus L. Sturghill Jr., NaKeisha Lynn Sturghill, Doreen Sundar, Margaret Tella, Susan L. Terlson, Mary Ellen Thompson, Adam Thorstad, Barbara Thorstad, James Thorstad Jr., James Thorstad Sr., John Thorstad, Ryan Thorstad, Betty Ann Thurman, Barbara Tingley, Richard L. Tingley, Russell Tingley, Keysha Tolliver, Mary Ann Turek, Karen Valenti, Anthony Vallone, Donald H. Vallone, Timothy Vallone, Leona Mae Vargas, Denise Voyles, Ila Wallace, Kathryn Thorstad Wallace, Richard J. Wallace, Barbara Thorstad Warwick, Linda Washington, Vancine Washington, Kenneth Watson, Diane Whitener, Daryl Wigglesworth, Darrin A. Wigglesworth, Henry Wigglesworth, Mark Wigglesworth, Robyn Wigglesworth, Sandra Wigglesworth, Shawn Wigglesworth, Dianne Stokes Williams, Gussie Martin Williams, Janet Williams, Johnny Williams, Rhonda Williams, Ronald Williams, Ruth Williams, Scipio J. Williams, Wesley Williams, Delma Williams-Edwards, Tony Williamson, Jewelene Williamson, Michael Winter, Barbara Wiseman, Phyllis Woodford, Joyce Woodle, Beverly Woollett, Paul Woollett, Melvina Stokes Wright, Patricia Wright, Glenn Wyche, John Wyche, John F. Young, John W. Young, Judith Carol Young, Sandra Rhodes Young, Joanne Zimmerman, Stephen Thomas Zone, Patricia Thorstad Zosso, Jamaal Muata Ali, Margaret Angeloni, Jesus Arroyo, Milagros Arroyo, Olympia Carletta, Kimberly Carpenter, Joan Comes, Patrick Comes, Christopher Comes, Frank Comes Sr., Deborah Crawford, Barbara Davis, Alice Warren Franklin, Patricia Gerlach, Travis Gerlach, Megan Gerlach, Arminda Hernandez, Margaret Hlywiak, Peter Hlywiak Jr., Peter Hlywiak Sr., Paul Hlywiak, Joseph Hlywiak, Cynthia Lou Hunt, Rosa Ibarro, Andrew Scott Jacobs, Daniel Joseph Jacobs, Danita Jacobs, Kathleen Kirkpatrick, Grace Lewis, Lisa Magnotti, Wendy Mitchell, James Otis Moore (Estate of), Johnney S. Moore (Estate of), Marvin S. Moore, Alie Mae Moore, Jonnie Mae Moore-Jones, Alex W. Nashton (Estate of), Paul Oliver, Riley Oliver, Michael John Oliver, Ashley E. Oliver, Patrick S. Oliver, Kayley Oliver, Tanya Russell, Wanda Russell, Jason Russell, Clydia Shaver, Scott Spaulding, Cecilia Stanley, Mary Stilpen, Kelly Swank, Kenneth J. Swinson (Estate of), Ingrid M. Swinson (Estate of), Daniel Swinson, William Swinson, Dawn Swinson, Teresa Swinson, Bronzell Warren, Jessica Watson, Audrey Webb, Jonathan Wheeler, Benjamin Wheeler, Marlis "Molly" Wheeler (Estate of), Kerry Wheeler, Andrew Wheeler, Brenda June Wheeler, Jill Wold, Nora Young (Estate of), James Young, Robert Young (Estate of)

| **The Heiser Judgment Creditors** |
|---|
| The Estate of Michael Heiser, The Estate of Gary Heiser, Francis Heiser, The Estate of Leland Timothy Haun, Ibis S. Haun, Milagritos Perez-Dalis, Senator Haun, The Estate of Justin R. Wood, Richard W. Wood, Kathleen M. Wood, Shawn M. Wood, The Estate of Earl F. Cartrette, Jr., Denise M. Eichstaedt, Anthony W. Cartrette, Lewis W. Cartrette, The Estate of Brian McVeigh, The Estate of Sandra M. Wetmore, James V. Wetmore, The Estate of Millard D. Campbell, Marie R. Campbell, Bessie A. Campbell, The Estate of Kevin J. Johnson, Shyrl L. Johnson, Che G. Colson, Kevin Johnson, Jr., Nicholas A. Johnson, The Estate of Laura E. Johnson, Bruce Johnson, The Estate of Joseph E. Rimkus, Bridget Brooks, Joseph J. Rimkus, Anne M. Rimkus, The Estate of Brent E. Marthaler, Katie L. Marthaler, The Estate of Sharon |

Marthaler, Herman C. Marthaler, Mathew Marthaler, Kirk Marthaler, The Estate of Thanh Van Nguyen, Christopher R. Nguyen, The Estate of Joshua E. Woody, Dawn Woody, Bernadine R. Beekman, George M. Beekman, Tracy M. Smith, Jonica L. Woody, Timothy Woody, The Estate of Peter J. Morgera, Michael Morgera, Thomas Morgera, The Estate of Kendall Kitson, Jr., The Estate of Nancy R. Kitson, Steven K. Kitson, Nancy A. Kitson, The Estate of Christopher Adams, Catherine Adams, John E. Adams, Patrick D. Adams, Michael T. Adams, Mary Young, Elizabeth Wolf, William Adams, The Estate of Christopher Lester, Cecil H. Lester, Jessica F. Lester, The Estate of Jeremy A. Taylor, Lawrence E. Taylor, Vicki L. Taylor, Starlina D. Taylor, The Estate of Patrick P. Fennig, Thaddeus C. Fennig, Catherine Fennig, Paul D. Fenning, and Mark Fenning

**The Havlish Judgment Creditors**

Fiona Havlish, individually and on behalf of the Estate of Donald J. Havlish, Jr.; Donald Havlish, Sr.; Susan Conklin; William Havlish; Tara Bane, individually and on behalf of the Estate of Michael A. Bane; Donald Bane; Christina Bane-Hayes; Krystyna Boryczewski, individually and on behalf of the Estate of Martin Boryczewski; Estate of Michael Boryczewski; Julia Boryczewski; Michele Boryczewski; Grace Kneski, individually and on behalf of the Estate of Steven Cafiero; Richard A. Caproni, individually and on behalf of the Estate of Richard M. Caproni; Dolores Caproni; Christopher Caproni; Michael Caproni; Lisa Caproni-Brown; Clara Chirchirillo, individually and on behalf of the Estate of Peter Chirchirillo; Livia Chirchirillo; Catherine Deblieck; William Coale, individually and on behalf of the Estate of Jeffrey Coale; Frances Coffey, individually and on behalf of the Estates of Daniel M. Coffey and Jason Coffey; Daniel D. Coffey, M.D.; Kevin M. Coffey; The Estate of Jeffrey Collman; Dwayne W. Collman; Brian Collman; Charles Collman; Brenda Sorenson; Loisanne Diehl, individually and on behalf of the Estate of Michael Diehl; Morris Dorf, individually and on behalf of the Estate of Stephen Dorf; Michelle Dorf; Anne Marie Dorf; Robert Dorf; Joseph Dorf; Linda Sammut; Corazon Fernandez, individually and on behalf of the Estate of Judy Fernandez; Maria Regina Merwin, individually and on behalf of the Estate of Ronald Gamboa; Grace Parkinson-Godshalk, individually and on behalf of the Estate of William R. Godshalk; Tina Grazioso, individually and on behalf of the Estate of John Grazioso; Jin Liu, individually and on behalf of the Estate of Liming Gu; Alan Gu; Maureen Halvorson, individually and on behalf of the Estate of James D. Halvorson; Marie Ann Paprocki, individually and on behalf of the Estate of Dennis Lavelle; Roni Levine, individually and on behalf of the Estate of Robert Levine; Teresanne Lostrangio, individually and on behalf of the Estate of Joseph Lostrangio; Margaret Mauro, individually and on behalf of the Estate of Dorothy Mauro; Ramon Melendez, individually and on behalf of the Estate of Mary Melendez; Patricia Milano, individually and on behalf of the Estate of Peter T. Milano; Ivy Moreno, individually and on behalf of the Estate of Yvette Nichole Moreno; JoAnne Lovett, individually and on behalf of the Estate of Brian Nunez; Estate of Vincent A. Ognibene, individually and on behalf of the Estate of Philip Paul Ognibene; Christine Papasso, individually and on behalf of the Estate of Salvatore T. Papasso; Patricia J. Perry, individually and on behalf of the Estate of John William Perry; Rodney Ratchford, individually and on behalf of the Estate of Marsha Dianah Ratchford; Rodney M. Ratchford; Marshee R. Ratchford; Rodney Ratchford for the Benefit of Maranda C. Ratchford; Judith Reiss, individually and on behalf of the Estate of Joshua Scott Reiss; Joyce Ann Rodak, individually and on behalf of the Estate of John M.

-7-

Rodak; Chelsea Nicole Rodak; Joyce Ann Rodak for the Benefit of Devon Marie Rodak; John Rodak; Regina Rodak; Joanne Gori; Diane Romero, individually and on behalf of the Estate of Elvin Romero; Loren Rosenthal, individually and on behalf of the Estate of Richard Rosenthal; Expedito Santillian, individually and on behalf of the Estate of Maria Theresa Santillian; Ester Santillian; Ellen Saracini, individually and on behalf of the Estate of Victor Saracini; Guardian of Anne C. Saracini; Joanne Renzi; Paul Schertzer, individually and on behalf of the Estate of Scott Schertzer; Ronald S. Sloan, individually and on behalf of the Estate of Paul K. Sloan; Estate of George Eric Smith; Raymond Smith; Katherine Soulas, individually and on behalf of the Estate of Timothy P. Soulas; Russa Steiner, individually and on behalf of the Estate of William R. Steiner; Angela S. Stergiopoulos, individually and on behalf of the Estate of Andrew Stergiopoulos; George Stergiopoulos, individually and on behalf of the Estate of Andrew Stergiopoulos; Sandra Straub, individually and on behalf of the Estate of Edward W. Straub; Joan E. Tino, individually and on behalf of the Estate of Jennifer Tino; Pamela Schiele; Christine Barton-Pence, individually and on behalf of the Estate of Jeanmarie Wallendorf; Estate of Meta Waller; Doyle Raymond Ward, individually and on behalf of the Estate of Timothy Raymond Ward; Gerald Bingham; Alice Carpeneto; Stephen L. Cartledge; Michelle Wright; Haomin Jian; FuMei Chien; Huichun Jian; Hui-Chuan Jian; Hui-Chien Chen; Hui-Zon Jian; Michael LoGuidice; Ralph S. Maerz; Martin Panik; Estate of Linda Ellen Panik; Mary Lynn-Anna Panik Stanley; Helen Rosenthal; Alexander Rowe; Ed Russin; Gloria Russin; Barry Russin; Leonard Zeplin; Leona Zeplin; Joslin Zeplin

**The Rubin Plaintiffs**

Jenny Rubin, Deborah Rubin, Stuart E. Hersh, Renay Frym, Noam Rozenman, Elena Rozenman, Tzvi Rozenman, Daniel Miller and Abraham Mendelson