**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s)**: No. 14-2027    **Caption [use short title]**

**Motion for**: Amended Caption and Amended Party Designations

In Re 650 Fifth Avenue and Related Properties

Set forth below precise, complete statement of relief sought:

Amendment to the full caption of No. 14-2027 to include all of the parties and to designate accurately their roles in the case, and to oppose Defendant-Appellants' motion to amend the caption and amend the parties designations.

**MOVING PARTY**: Fiona Havlish, et al.    **OPPOSING PARTY**: Alavi Foundation and 650 Fifth Avenue Company
[✓] Plaintiff    [ ] Defendant
[ ] Appellant/Petitioner    [✓] Appellee/Respondent

**MOVING ATTORNEY**: Timothy B. Fleming    **OPPOSING ATTORNEY**: Daniel S. Rozumna
[name of attorney, with firm, address, phone number and e-mail]

Wiggins Childs Pantazis Fisher Goldfarb PLLC    Patterson, Belknap, Webb & Tyler LLP
1850 M Street, NW, Suite 720, Washington, DC 20036    1133 Avenue of the Americas, New York, NY 10036
(202) 467-4489; TFleming@wigginschilds.com    drozumna@pbwt.com; (212) 336-2034

Court-Judge/Agency appealed from: U.S. District Court for the Southern District of New York, Judge Katherine B. Forrest

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes    [ ] No (explain):

Opposing counsel's position on motion:
[ ] Unopposed  [✓] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?    [ ] Yes  [ ] No
Has this relief been previously sought in this Court?    [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?    [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    [ ] Yes  [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Timothy B. Fleming    **Date**: 12/22/2014    **Service by**: [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)